UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **YURII SMIRNOV,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. CIV-26-217-G |
| ) | |
| **SCARLET GRANT, Warden of the** ) | |
| **Cimarron Correctional Facility, et al.,** ) | |
| ) | |
| Respondents. ) | |

## ORDER

Now before the Court is Petitioner Yurii Smirnov's Motion (Doc. No. 7), seeking relief from this Court's local counsel requirement. For good cause shown and pursuant to Local Civil Rule 83.3(c), the Court GRANTS the Motion for relief from the requirements of Local Civil Rule 83.3(a) and allows counsel for Petitioner, attorney Harun Taskin, to appear in this matter without showing association with local counsel.

IT IS SO ORDERED this 24th day of February, 2026.

_____
CHARLES B. GOODWIN
United States District Judge